OSCAR F. LAW, Respondent, v. JOHN SEIFERT and Another, Appellants.— Judgment so far as appealed from affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND J. CURTIS, Appellant.— Judgment of conviction affirmed. All concurred.

ALLEN M. BREWER, Plaintiff, v. FRANK J. MOORE and Another, Defendants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

LAND AND LAKE ASSOCIATION, Appellant, v. ALLEN CONKLIN, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

LAND AND LAKE ASSOCIATION, Appellant, v. WALTER H. BEARDSLEY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

FIRST NATIONAL BANK OF SYRACUSE, Respondent, v. MOWRY REALTY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

CARL J. NEIS, as Administrator, etc., Respondent, v. PROTECTED HOME CIRCLE, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

IRVING D. SNYDER, as Administrator, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of JOHN WILLETT, an Attorney, for the Enforcement of an Attorney's Lien.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

RACHEL L. CHILSON, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOHN J. McGROSSO, Appellant, v. RUTH C. McGROSSO, Respondent.— Motion to vacate order of dismissal denied, with ten dollars costs, with leave to renew the motion upon papers showing merits and excusing the default.

JOHN REDDY, Respondent, v. HERKIMER COUNTY REALTY CORPORATION, Appellant.— Motion denied upon condition that appellant file and serve printed papers within twenty days; otherwise, motion granted and appeal dismissed, with costs, including ten dollars costs of motion.

ALEX CRAWFORD HOYT, as Executor, etc., Respondent, v. FRANK J. NELSON, Appellant.— Motion granted and appeal dismissed, with costs.

CHARLES FORREST, Respondent, v. MARTHA WASHINGTON LAUNDRY, INC., and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

DAVID FRANCIS COLE, an Infant, etc., Appellant, v. ROME SAVINGS BANK and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

ARTHUR B. CUMMINGS, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.